MARY GRAEF, Respondent, v. ARTHUR GRAEF, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

SADIE ROMEO GRAFFAGNINO, Appellant, v. JOSEPH GRAFFAGNINO, Respondent. — Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

ELAINE A. HELMRICH, Appellant, v. ARTHUR E. HELMRICH, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

CAROLYN H. HUMMELSHINE, Respondent, v. PAUL OSKIERKO, Defendant; BERTHA SUMMERSON and EUGENE P. SUMMERSON, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of CECILE FRANK, as Administratrix, etc., of HAROLD PAUL FRANK, Deceased, Respondent, for an Order Directing G. SPERLING, INC., Appellant, to Proceed to Arbitration.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

EPHRAIM F. JEFFE, Appellant, v. PEARL JEFFE, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

AUGUST KNEHER, Respondent, v. GASPERN REALTY CORPORATION and Others, Defendants; IDA GANS, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

HENRY LAIRD, Respondent, v. SACKETT AND WILHELMS CORPORATION, Appellant.— Appeal discontinued, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

NANCY CARAFANO MARTONE, etc., Respondent, v. GUIDO MARTONE, Appellant, — Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

McCONIHE REALTY COMPANY, Appellant, v. HENRY SCHARNBERGER, INC., Respondent. (Appeal No. 1.) — Appeal discontinued, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

JOHN C. MERRICK, Respondent, v. NATHAN WITTENBERG, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

PARKWAYNE REALTY Co., INC., Appellant, v. HARRY KOEPPEL and MAX L. KOEPPEL, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

PETER J. PARLATO, Respondent, v. ISIDORE M. SCHAFFER and Others, Appellants.— Appeal discontinued, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY E. WHEELER, Respondent, v. JOHN F. NEAFSEY, Tax Commissioner of the City of Glen Cove, Appellant.— Appeal discontinued, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

EDITH WOODING SARMIENTO, Respondent, v. RAEFFAEL Y. SARMIENTO, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

SAMUEL GOLDSTEIN, Respondent, v. JULIUS E. SCHICK and J. E. SCHICK & Co., INC., Appellants.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.